Sim BOWLING, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

November 11, 1949.

John T. McCoy for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Laurel Circuit Court. Judgment of conviction for selling intoxicating beverages in local option territory. $50 fine and 60 days in jail.

Appeal denied. Judgment affirmed.

Thomas VERTREES et al., Movants, v. Marion C. HAYES, Opposed.

Court of Appeals of Kentucky.

November 15, 1949.

Karem & Karem for appellants.

Sidney Hanish and Cohen & Fisher for appellee.

PER CURIAM.

Motion for an appeal from a judgment in favor of plaintiff for $300 for loss of automobile by theft.

Appeal denied. Judgment affirmed.

Phil POSNANSKY, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

November 18, 1949.

Carl J. Richard, Edward C. Gallagher and Ardery & Hobson for movant.

Frank A. Ropke, Commonwealth Attorney, A. E. Funk, Attorney General, Zeb Stewart, Assistant Attorney General, and Carl Ousley, Junior Assistant Commonwealth Attorney, opposed.

PER CURIAM.

Judgment of conviction for maintaining a common nuisance. $5,000 fine and 1 year in jail.